IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 8900 |
| | ) | |
| v. | ) | Judge Grady |
| | ) | Magistrate Judge Cox |
| EME INTERNATIONAL, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. William M. Pollack voluntarily dismisses his individual claims without prejudice and without costs against defendant EME International, Inc. Plaintiff Dr. William M. Pollack voluntarily dismisses his class claims without prejudice and without costs against defendant EME International, Inc. Plaintiff Dr. William M. Pollack voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on February 10, 2014, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

    EME International, Inc
    c/o Christine Caldwell, Registered Agent
    10 Tioga Way
    Marblehead, Massachusetts 01945


                               s/ Heather Kolbus
                               Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)